AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>MAURICE TAYLOR<br>(Wherever Found)<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 3:18cr260TSL-FKB |

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**DEC 20 2018**
BY ARTHUR JOHNSTON
_____ DEPUTY

RECU USMS 043 14DEC'18

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MAURICE TAYLOR,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, Criminal Violations, Licensing and Registration Requirements
Felon in possession of a firearm, Money Laundering

ARTHUR JOHNSTON, CLERK

Date: 12/13/2018                                 _____
                                                                    *Issuing officer's signature*

City and state: Jackson, Mississippi            C. Louisville, Deputy Clerk
                                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/14/18, and the person was arrested on *(date)* 12/20/2018
at *(city and state)* Jackson, MS.

Date: 12/20/2018                                 _____
                                                                    *Arresting officer's signature*

                                                                    A. Allen, Deputy US Marshal
                                                                    *Printed name and title*